

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-15-00512-CV

**IN RE LOWE'S HOME CENTERS, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Jason Pulliam, Justice

Delivered and Filed:  September 9, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed its petition for writ of mandamus and expedited motion for stay of trial on August 18, 2015, challenging the trial court's order granting severance of claims in the underlying personal injury action. On August 20, 2015, this court issued an order temporarily abating the mandamus proceeding to allow the trial court to rule on relator's motion to reconsider the challenged order.

Relator filed a status report and motion to dismiss on August 28, 2015. Relator has advised that the issues raised by the mandamus proceeding have become moot, and the mandamus petition

---

[1] This proceeding arises out of Cause Nos. 2014-CI-09253, styled *John Salas v. Lowe's Home Centers, LLC; Lowe's Companies, Inc.; and Alfonso Lopez*, and 2015-CI-12273, styled *Leonardo Mercado v. Lowe's Home Centers, LLC; Lowe's Companies, Inc.; and Alfonso Lopez*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.

should be dismissed. Accordingly, relator's motion is granted and this original proceeding is dismissed as moot.

PER CURIAM